**No. 58708.**—Sam Forwand Company *v.* United States, protest 235490–K (New York).

Opinion by WILSON, J. An examination of the record failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 58709.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protest 236467–K (New York).

Opinion by WILSON, J. An examination of the record failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, JANUARY 20, 1955

**No. 58710.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 234587–K (New York).

Opinion by LAWRENCE, J. An examination of the papers not disclosing anything that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 58711.**—Deuwahl Trading Co., Inc. *v.* United States, protests 236115–K (A) and 236115–K (B) (New York).

Opinion by LAWRENCE, J. An examination of the papers not disclosing anything that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protests were overruled.

**No. 58712.**—RCA Victor Div., Radio Corp. of America and John H. Faunce N. Y., Inc. *v.* United States, protests 134752–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.